1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   PERCY STOCKTON,                         CASE NO. 1:10-cv-00757-GBC (PC)

10                       Plaintiff,          ORDER DISMISSING CASE WITH
                                             PREJUDICE FOR FAILURE TO STATE A
11        v.                                 CLAIM UPON WHICH RELIEF COULD BE
                                             GRANTED
12   T. BILLINGS, et al.,
                                             CLERK TO CLOSE CASE
13                       Defendants.

14   _____/

15

16                              **ORDER**

17        Plaintiff Percy Stockton is a state prisoner proceeding pro se and in forma pauperis

18   in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 15, 2011, the Court

19   screened Plaintiff's Complaint and found that it failed to state any claims upon which relief

20   could be granted. (ECF No. 8.) The Court dismissed Plaintiff's Complaint and ordered him

21   to file an amended complaint within thirty days.  (Id.)  Plaintiff was warned that failure to

22   comply with the Court's Order may result in dismissal of this action for failure to state a

23   claim upon which relief could be granted.  (Id.)

24        On June 6, 2011, the Court issued a Show Cause Order.  (ECF No. 9.)  The Show

25   Cause Order again warned Plaintiff that the case would be dismissed if Plaintiff failed to

26   respond to the Order and/or file an amended complaint by July 11, 2011.  (Id.)  To date,

27   the Court has not received a response to the Show Cause Order and Plaintiff has not filed

28   an amended complaint.  As a result, there is no pleading on file which sets forth any claims

                                              1

upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under Section 1983.  This dismissal SHALL count as a STRIKE under 28 U.S.C. § 1915(g).  The Clerk shall close the case.

IT IS SO ORDERED.

Dated:   July 18, 2011

UNITED STATES MAGISTRATE JUDGE